IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACQUELINE DIXON,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | NO. 20-6515 |
| **CITY OF PHILADELPHIA,** *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 23rd day of August 2021, upon consideration of Defendant Corizon Health, Inc.'s Motion to Dismiss (Doc. No. 17) and Plaintiff's Response (Doc. No. 18), it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. Within **fourteen (14) days** of the date of this Order, Plaintiff may file a second amended complaint correcting the deficiencies identified in my accompanying Memorandum Opinion. Failure to file a second amended complaint will result in dismissal of this action against Corizon Health, Inc. and the John Doe Defendants with prejudice.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**